**No. 39520.**—Protest 821751–G(B) of Innis Speiden & Co. (New York).

Opinion by CLINE, J. The argument that the legend "Sudan Produce" is a legal marking because the user of the gum arabic knows that it comes from Anglo-Egyptian Sudan was held to be without merit. *Lorillard* v. *United States* (24 C. C. P. A. 90, T. D. 48412) and Abstract 30446 cited. The gum arabic was therefore held not legally marked. The protest was sustained as to the metabisulphite of potash where "Made in Germany" was printed on paper labels and securely attached to the heads of the casks. *Asiam* v. *United States* (25 C. C. P. A. 68, T. D. 49065) followed. *United States* v. *Monteverde* (26 C. C. P. A.112, C. A. D. 2) distinguished.